# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SANAD ALI YISLAM AL-KAZIMI          )
                                    )
             Petitioner,            )
                                    )
      v.                            )    Civil Action No. 05-2386 (RBW)
                                    )
JOSEPH R. BIDEN, et al.,            )
                                    )
             Respondents.           )
_____     )

## ORDER

In light of the fact that the petitioner's status has not changed, it is hereby

**ORDERED** that the Petitioner's Motion for Status Conference, ECF No. 2111, is

**REINSTATED**.  It is further

**ORDERED** that the Petitioner's Motion for Status Conference, ECF No. 2111, is

**GRANTED**.  It is further

**ORDERED** that, on March 20, 2024, at 11:00 a.m., the parties shall appear before the

Court for a classified status conference.

**SO ORDERED** this 23rd day of February, 2024.

_____
REGGIE B. WALTON
United States District Judge